```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 11413
   GEORGE WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3891


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/06/2008 and was not confirmed.

     The case was dismissed without confirmation 09/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO BANK          NOTICE ONLY    NOT FILED           .00           .00
HOUSEHOLD AUTO FINANCE    SECURED VEHIC   43301.00           .00        552.00
HOUSEHOLD AUTO FINANCE    UNSECURED      NOT FILED           .00           .00
PARKVIEW AUTOMOTIVE       SECURED VEHIC       .00            .00           .00
PARKVIEW AUTOMOTIVE       UNSECURED      NOT FILED           .00           .00
FORD MOTOR CREDIT         SECURED NOT I   20032.72           .00        100.00
FORD MOTOR CREDIT         UNSECURED      NOT FILED           .00           .00
WELLS FARGO AUTO FINANCE  SECURED NOT I       .00            .00        100.00
WELLS FARGO AUTO FINANCE  UNSECURED         60.84            .00           .00
WELLS FARGO MORTGAGE      CURRENT MORTG       .00            .00           .00
WELLS FARGO MORTGAGE      MORTGAGE ARRE    5937.00           .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED           .00           .00
AT&T                      UNSECURED      NOT FILED           .00           .00
BETTY SHABAZZ             UNSECURED      NOT FILED           .00           .00
COMMUNICATIONS UNLIMITED  UNSECURED        1406.76           .00           .00
COMCAST                   UNSECURED      NOT FILED           .00           .00
COMCAST                   UNSECURED      NOT FILED           .00           .00
HOUSEHOLD BANK            UNSECURED         340.44           .00           .00
ST BERNARD HOSPITAL       UNSECURED         871.00           .00           .00
CINGULAR WIRELESS         UNSECURED      NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED         360.64           .00           .00
THE CURRENCY EXCHANGE     UNSECURED      NOT FILED           .00           .00
THE CURRENCY EXCHANGE     UNSECURED      NOT FILED           .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED        1212.62           .00           .00
PIERCE & ASSOCIATES       NOTICE ONLY    NOT FILED           .00           .00
WELLS FARGO AUTO FINANCE  NOTICE ONLY    NOT FILED           .00           .00
CITY OF CHICAGO WATER DE  SECURED NOT I  NOT FILED           .00           .00
AT&T                      UNSECURED      NOT FILED           .00           .00
GIBSON & SHARPS           UNSECURED      NOT FILED           .00           .00
MEDCO INSURANCE           UNSECURED      NOT FILED           .00           .00
TRAVELERS INDEMNITY CO    UNSECURED      NOT FILED           .00           .00
US ENERGY SAVINGS CORP    UNSECURED      NOT FILED           .00           .00
WELLS FARGO MORTGAGE      CURRENT MORTG       .00            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         662.29           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11413 GEORGE WILLIAMS
```

```
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    3,474.00                    2,721.46
TOM VAUGHN                 TRUSTEE                                      276.54
DEBTOR REFUND              REFUND                                     1,400.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    5,150.00

PRIORITY                                                  .00
SECURED                                                752.00
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,721.46
TRUSTEE COMPENSATION                                   276.54
DEBTOR REFUND                                        1,400.00
                          ---------------      ---------------
TOTALS                     5,150.00               5,150.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/22/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE